No. 620. THOMAS J. SHEA, PETITIONER, v. CITY OF MOBILE. March 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry T. Smith* and *Mr. Gregory L. Smith* for petitioner. *Mr. Burwell B. Boone* for respondent.

No. 627. CONVENT OF ST. ROSE, PETITIONER, v. THE UNITED STATES SAVINGS AND LOAN COMPANY. March 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles W. Needham* for petitioner. *Mr. Corwin S. Shank* for respondent.

No. 629. LOUIS W. DOWNES, PETITIONER, v. THE TETER-HEANY DEVELOPMENT COMPANY. March 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Philip Mauro* and *Mr. Reeve Lewis* for petitioner. *Mr. Henry E. Everding* for respondent.

No. 640. KENTUCKY DISTILLERIES AND WAREHOUSE COMPANY, PETITIONER, v. J. I. BLANTON, ASSIGNEE, ETC. March 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Marshall Bullitt, Mr. Alfred S. Austrian* and *Mr. Levy Mayer* for petitioner. *Mr. Helm Bruce* for respondent.

No. 630. MORRIS EDELSTEIN, PETITIONER, v. THE UNITED STATES. March 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth